UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DARLENE EADES** | Case No. 07-C-0531-C |
| | Judge Barbara B. Crabb |
| Plaintiff, | Mag. Judge Stephen L. Crocker |
| and | |
| **COUNTRYWIDE HOME LOANS** | **ORDER FOR DISMISSAL** |
| | **WITH PREJUDICE** |
| Involuntary Plaintiff, | |
| vs. | |
| **NEWPORT INSURANCE COMPANY** | |
| Defendant. | |

Based upon the parties' Stipulation, **IT IS HEREBY ORDERED** that the claims and causes of action of Plaintiff Darlene Eades against Involuntary Plaintiff Countrywide Home Loans and against Newport Insurance Company are dismissed with prejudice on the merits and without costs to either party.

February 14, 2008          BY THE COURT:

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
U.S. District Court Judge
Western District of Wisconsin

/1533588